UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60016-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                **O R D E R**

ROBERT K. ALLAN,

    Defendant.
_____/

THIS MATTER came before the Court upon Government's Motion For Reduction Of Sentence Pursuant To Fed.R.Crim.P. 35(b)(DE 94). Hearing was held on the Motion on October 28, 2008. Upon consideration of the Government's Motion, proffers, argument of counsel, and being otherwise duly advised upon the premises, it is

**ORDERED AND ADJUDGED** that the aforementioned Motion be and the same is hereby **GRANTED**.

The sentence previously imposed is hereby reduced to a term of 39 months custody of the United States Bureau of Prisons as to Count One of the Indictment.

Upon release from imprisonment, the Defendant shall be placed on supervised release for a term of three years. All previously imposed standard and special conditions of supervised release are reimposed. A $100.00 special assessment, if not already paid, is

due and payable immediately.  The Court recommends that Defendant be returned to FCI Edgefield as soon as possible.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    28th    day of October, 2008.

```
                              _____
                              WILLIAM J. ZLOCH
                              United States District Judge
```

cc:  Terry Lindsey, Esq., AUSA
     Gennaro Cariglio, Jr., Esq.
     Clifford McKinney, U.S. Probation Office
     U.S. Marshal